UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re SKYLINE CONCRETE FLOOR
CORP.,

      Debtor

_____/

901 L.L.C., a Michigan limited liability
company, and WINTER P.L.C., a Michigan
professional limited liability company,                    Case No. 07-14580
                                                      Honorable Patrick J. Duggan

      Plaintiffs/Counter-Defendants,

v.                                              Bankr. Case No. 07-54154
                                              Chapter 11
SKYLINE CONCRETE FLOOR CORP.,             Honorable Marci B. McIvor

      Defendant/Counter-Plaintiff,                 Adversary Proc. No. 07-6575

and

WINTER & ASSOCIATES, P.L.C., a
Michigan professional corporation, and
STEPHEN D. WINTER,

      Third-Party Defendants.

_____/

**ORDER GRANTING MOTIONS FOR JUDGMENT AS A MATTER OF LAW
IN FAVOR OF COUNTER-DEFENDANT WINTER, PLC
AND THIRD PARTY DEFENDANTS
WINTER & ASSOCIATES, PLC and STEPHEN D. WINTER**
_____

**ORDER GRANTING MOTIONS FOR JUDGMENT AS A MATTER OF LAW**

**IN FAVOR OF COUNTER-DEFENDANT WINTER, PLC**

**AND THIRD-PARTY DEFENDANTS**

**WINTER & ASSOCIATES, PLC and STEPHEN D. WINTER**

At a session of said Court,
held in the United States Courthouse
in the City of Detroit, State of Michigan,
on May 2, 2008.

PRESENT: HON.   PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Pursuant to FRCivP Rule 50, counter-defendant winter, plc , and third-party defendants Winter

& Associates, PLC (d/b/a winter, plc ) and Stephen D. Winter having moved for judgment as a matter of

law in their favor at the close of proofs by counter-plaintiff and third-party plaintiff  Skyline Concrete

Floor Corp., and the Court having heard the argument of counsel, and being fully advised in the premises,

and good cause appearing for entry of an Order granting said motions, and the Court having so ruled from

the bench:

NOW, THEREFORE, IT IS HEREBY  ORDERED that the motions by counter-defendant

winter, plc ,  and third-party defendants Winter & Associates, PLC, d/b/a winter, plc , and Stephen D.

Winter for Judgment as a matter of law shall be and the same are hereby GRANTED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  May 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 2,
2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Approved as to form:

§s/Stephen D. Winter                                       s/ with consent of Cheryl A. Bush

winter, plc                                               Bush Seyferth Kethledge and Paige
901 Livernois St.                                          3001 West Big Beaver Rd. Suite 600
Ferndale, MI  48220                                        Troy, MI
248-298-0333                                               248-822-7800
winter@winterplc.com                                       bush@bskplaw.com
P27342                                                     P37031

**s/ with consent of Ted Peters**
**Sullivan Ward Asher & Patton PC**
25800 Northwestern Hwy

1000 Maccabees

Southfield, MI  48075

 (248) 746-0700 x4735

tpeters@swappc.com
P40220