UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re SKYLINE CONCRETE FLOOR
CORP.,

    Debtor
_____/

901 L.L.C., a Michigan limited liability
company, and WINTER P.L.C., a Michigan
professional limited liability company,                 Case No. 07-14580
                                                                          Honorable Patrick J. Duggan

    Plaintiffs/Counter-Defendants,

v.                                                                                          Bankr. Case No. 07-54154
                                                                                         Chapter 11
SKYLINE CONCRETE FLOOR CORP.,                      Honorable Marci B. McIvor

    Defendant/Counter-Plaintiff,                          Adversary Proc. No. 07-6575

and

WINTER & ASSOCIATES, P.L.C., a
Michigan professional corporation, and
STEPHEN D. WINTER,

    Third-Party Defendants.
_____/

_____

**ORDER GRANTING JUDGMENT AS A MATTER OF LAW
IN FAVOR OF COUNTER-DEFENDANT 901, llc
ON COUNTER-PLAINTIFF SKYLINE CONCRETE FLOOR CORP.'S
ACTION TO FORECLOSE CONSTRUCTION LIEN**
_____

At a session of said Court,
held in the United States Courthouse
in the City of Detroit, State of Michigan,
on May 6, 2008.

PRESENT: HON.   PATRICK J. DUGGAN
                UNITED STATES DISTRICT JUDGE

Skyline Concrete Floor Corp. ("Skyline") having filed an action to foreclose a construction lien recorded on property owned by 901, llc ("901), 901 having filed a claim for slander of title based upon that lien, the jury having returned a verdict in favor of 901 on its slander of title claim, finding that Skyline's lien was false and malicious, and said findings being *res judicata* on the invalidity of Skyline's lien, and the Court being fully advised in the premises, and good cause appearing for entry of an Order granting judgment as a matter of law in favor of 901 on Skyline's action to foreclose construction lien:

NOW, THEREFORE, IT IS HEREBY ORDERED that JUDGMENT as a matter of law shall be and the same is hereby GRANTED for 901, llc and against Skyline Concrete Floor Corp. on Skyline's action to foreclose construction lien, and that Skyline shall take nothing on said action , which shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that Skyline's claim of lien shall be deemed to be fully released, discharged, and held for naught, said lien having heretofore been recorded at Liber 37851, Page 97, Oakland County Records, on the following described property, to-wit: 901 Livernois, in the City of Ferndale, Oakland County, State of Michigan, and more particularly described as the west 67.53 feet front by the west 62.85 feet rear, Lot 55 of Maple Ridge Subdivision, according to the Plat thereof recorded in Liber 11 of Plats, Page 31, Oakland County Records; and

IT IS FURTHER ORDERED that the Oakland County Register of Deeds shall immediately record a copy of this Order releasing and discharging said lien.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: May 6, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 6, 2008, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager

Approved as to form:

| | |
|---|---|
| s/Stephen D. Winter | s/ with consent of Cheryl A. Bush |
| **winter, plc** | Bush Seyferth Kethledge and Paige |
| 901 Livernois St. | 3001 West Big Beaver Rd. Suite 600 |
| Ferndale, MI 48220 | Troy, MI |
| 248-298-0333 | 248-822-7800 |
| winter@winterplc.com | bush@bskplaw.com |
| P27342 | P37031 |

**s/ with consent of Ted Peters**
**Sullivan Ward Asher & Patton PC**
25800 Northwestern Hwy
1000 Maccabees
Southfield, MI 48075
 (248) 746-0700 x4735
tpeters@swappc.com
P40220