UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re SKYLINE CONCRETE FLOOR
CORP.,                                                    Bankr. Case No. 07-54154
                                                          Chapter 11
Debtor                                                    Honorable Marci B. McIvor
_____/

901 L.L.C., a Michigan limited liability
company, and WINTER P.L.C., a Michigan
professional limited liability company,                   Case No. 07-14580
                                                          Honorable Patrick J. Duggan
Plaintiffs/Counter-Defendants,
                                                          Adversary Proc. No. 07-6575
v.

SKYLINE CONCRETE FLOOR CORP.,

Defendant/Counter-Plaintiff,

_____/

| | |
|---|---|
| STEPHEN D. WINTER (P27342) | CHERYL A. BUSH (P37031) |
| Winter, PLC | Bush Seyferth Kethledge & Paige, PLLC |
| Attorney for Plaintiffs | Co-Counsel for Plaintiffs/Counter-Defendants |
| 901 Livernois | and Third Party Defendants |
| Ferndale, MI 48220 | 3001 W. Big Beaver Road, Suite 600 |
| (248) 298-0333 | Troy, MI 48084 |
| | (248) 822-7800 |
| DEBRA B. PEVOS (P36196) | ROBERT A. PEURACH (P34446) |
| TED PETERS (P40220) | Dakmak Peurach, P.C. |
| Sullivan, Ward, Asher & Patton, P.C. | Co-Counsel for Plaintiffs/Counter-Defendants |
| 25800 Northwestern Hwy., Suite 1000 | 615 Griswold, Suite 600 |
| Southfield, MI 48075-1000 | Detroit, MI 48226 |
| (248) 746-0700 | (313) 964-0800 |

## **ORDER FOR DISMISSAL, WITH PREJUDICE**

The Stipulation of the parties to Dismiss this matter with prejudice, having been filed by the parties with the Court; the Court having reviewed same and having been fully advised in the premises;

IT IS HEREBY ORDERED that the Judgment entered by this Court against Defendant Skyline Concrete Floor Corp. on July 10, 2008 (Docket No. 71) be, and the same hereby is, deemed fully satisfied.

IT IS FURTHER ORDERED that this action is hereby dismissed, with prejudice, and without costs to any party.


Date: July 31, 2008                    s/PATRICK J. DUGGAN
                                       U.S. District Judge